IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 1:08-mj-09031 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE BAUGHMAN |
| | ) | |
| Vs | ) | **MOTION FOR DISCOVERY** |
| | ) | **TYPE:  DISCLOSURE OF** |
| SERGIO DURAZO | ) | **INFORMATION REGARDING** |
| | ) | **PRIOR AND SUBSEQUENT BAD** |
| Defendant | ) | **ACTS PURSUANT TO 404(B)** |

    Now comes the Defendant, SERGIO DURAZO, by and through the undersigned counsel, who moves, pursuant to Rule 404(B) of the Federal Rules of Evidence, that this Honorable Court order the Government to disclose whether or not it intends to introduce in its case-in-chief any evidence regarding prior or subsequent criminal conduct which is not charged in the Indictment.

    If the Government discloses that it does in fact intend to introduce such evidence, this Defendant further requests that the Government be ordered to disclose the name and address of each person who will testify to this activity, a description of the conduct which the Government intends to introduce into evidence, and the date and place of the conduct in question.

    This Defendant has filed a Memorandum of Law in Support of the within motion which is attached.

WHEREFORE, Defendant Sergio Durazo respectfully prays that this Honorable Court issue an order compelling the Government to disclosure the above-mentioned information and for such other relief as this Court deems just and proper.

Respectfully submitted

/s/ Lawrence L. Delino, Jr.
LAWRENCE L. DELINO, JR.
ATTORNEY FOR DEFENDANT
SERGIO DURAZO
Regis. No. 0024711
One Cascade Plaza, Suite 1450
Akron, Ohio  44308
(330) 535-9330
ldelinojr@hotmail.com

## **MEMORANDUM IN SUPPORT**

In support of his Motion, Defendant Sergio Durazo states that the disclosure of information regarding prior or subsequent bad acts is necessary to determine whether motions in limine are necessary and in order to prevent prejudice from occurring against this Defendant and his counsel to adequately prepare and prevent the trial from being one of ambush and unfair surprise. See, e.g., United States v. Baum, 482 F. 2d 1325 (2d Cir. 1974); State v. Acquin, 22 Cr. L. 2244 (Conn. S. Ct. 1977); United States v. Stofsky, 409 F. Supp. 609 (S.D.N.Y. 1975); State v. Epps, 18 Cr. L. 2042 (Conn. S. Ct. 1975); See also, United States v. Roybal, 566 F. 2d. 1109 (9th Cir. 1978).

        Respectfully submitted

        /s/ Lawrence L. Delino, Jr.
        LAWRENCE L. DELINO, JR.
        ATTORNEY FOR DEFENDANT
        SERGIO DURAZO
        Regis. No. 0024711
        One Cascade Plaza, Suite 1450
        Akron, Ohio  44308
        (330) 535-9330
        ldelinojr@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by electronic mail to all parties of record by this filing.

        /s/ Lawrence L. Delino, Jr.
        LAWRENCE L. DELINO, JR.
        ATTORNEY FOR DEFENDANT
        SERGIO DURAZO