Law Offices of
**CLAY HERNANDEZ, P.C.**
ATTORNEY AT LAW
Pima County Bar No. 25208
Arizona State Bar No. 010917
**THE JOHNSON HOUSE OFFICES**
455 West Paseo Redondo
Tucson, Arizona 85701-8254
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Durazo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION
_____

UNITED STATE OF AMERICA,

                                     5:08CR290

       Plaintiff,

vs.

SERGIO DURAZO,

       Defendant.
_____

**OBJECTIONS TO PRE-SENTENCE REPORT**

NOW COMES the defendant, SERGIO DURAZO, by and through his attorney, CLAY HERNANDEZ, herein objects to specified conclusions and recommendations of the pre-sentence report.

1

DATED this 30th day of March, 2009.

                              Law Office of
                              CLAY HERNANDEZ, P.C.


                              ***S/CLAY HERNANDEZ***
                              CLAY HERNANDEZ
                              Attorney for Defendant Durazo


**I.  OBJECTIONS**

**Defendant Durazo specifically objects to the following sections of the pre-sentence reports , and additional to any other sentencing issues that arise similarly to the issues raised herein.**

1. ¶8 of the Pre-sentence Report states that a three-level reduction for acceptance of responsibility is within the discretion of the Court. ¶22 of the Pre-sentence Report states that, at the time of publication of the report, the probation department had not received a statement of acceptance from the defendant.

    *Defendant specifically requests the Court include the defendant's statement of acceptance in its evaluation and find that the defendant should receive full credit for acceptance of responsibility.*

2. ¶37, ¶39 and ¶41 of the Pre-sentence Report assign the defendant criminal history points for city or county driving under the influence misdemeanors.

> *Defendant objects specifically to the assignment of criminal history points for these offenses because of the lack of information supporting that it was this defendant who committed the offense and lack of information about other details of the offenses alleged. The Defendant also objects to the criminal history  calculation as he believe they over represent the criminal history based upon both the date and nature of the alleged convictions.*

> Defendant should be safety-valve eligible where the above-discussed criminal history points are not counted.

3. ¶26 of the Pre-sentence Report gives this defendant no adjustments for role in the offense.

> *Defendant objects and requests a one-point reduction for role in the offense, since his role was to observe the delivery of the contraband.*

**CONCLUSION**:

The Defendant requests that the pre-sentence report be adjusted according to the objections.

CERTIFICATE OF SERVICE

IT IS HEREBY certified that the original of the foregoing document was delivered ECF by Counsel to the following:

CLERK OF THE COURT

ASSISTANT UNITED STATES ATTORNEY FOR THE

NORTHERN  DISTRICT OF OHIO

JOSE H. ROBLES, COUNSEL FOR CO-DEFENDANT JESSE CENCENA

this 30th day of March, 2009.

                                                   *S/ CLAY HERNANDEZ*
                                                 CLAY HERNANDEZ
                                                 Attorney for Defendant Durazo